Ida Whitmore, Respondent, v. Louis Whitmore, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Max A. Von Pein v. Mary E. Montanye.— Motion granted, with ten dollars costs.

Andrew C. Imbrie v. Schlicht Combustion Company.— Motion denied on terms stated in order.

In the Matter of Louis Hurwitz.— Motion granted, with ten dollars costs.

Harris Epstein v. Morris Lazarus.— Motion granted, with ten dollars costs.

Marie Koenig v. August P. Wagener.— Motion denied on terms stated in order.

Ernst Fuhrmann and Another v. August Heckscher.— Motion denied on terms stated in order.

The People of the State of New York v. Frank Van Ree.— Motion granted.

Charles F. Mueller v. Philip Goerlitz.— Motion granted, with ten dollars costs.

Patrick A. Conroy v. Catherine Taylor.— Motion granted, with ten dollars costs.

Hannah Bremen v. Albert Russell and Others.— Motion granted, with ten dollars costs.

Henry Hirshberg v. Albert Russell and Others.— Motion granted, with ten dollars costs.

John S. Jones v. George J. Gould.— Motion granted, with ten dollars costs.

Annie Leonhardt v. Horace See.— Motion granted, with ten dollars costs.

Annie Stanton v. Eccentric Association of Firemen.— Motion denied on terms stated in order.

Hartog & Beinhauer v. Richmond Cedar Works.— Motion denied, with ten dollars costs.

John Wirt v. Louis Kramer.— Motion granted, with ten dollars costs.

The City of New York v. Wineburgh Advertisement Company.— Motion denied, with ten dollars costs.

Car Advertisement Company v. New York Central Car Advertisement Company.— Motion denied, with ten dollars costs.

Hugh H. Mawhinney v. Bankers' Trust Company.— Motion granted; question certified.

Eugene Hopper v. Panama Railroad Company.— Motion denied, with ten dollars costs.

Francis J. Lantry v. Samuel V. Hoffman and Others.— Motion denied, with ten dollars costs.

United Merchants Realty Company v. Max J. Roth.— Motion granted; questions certified.

In the Matter of West Two Hundred and Eleventh Street. In the Matter of West Two Hundred and Twelfth Street.— Motions granted.

George W. Ramage v. Penton Publishing Company.— Motion denied, with ten dollars costs.

Willard B. Bottome v. James R. Neeley and Another.— Motion granted.